# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 1:06-CR-23-TLS |
| | ) | |
| MELVIN TAYLOR | ) | |

## OPINION AND ORDER

This matter is before the Court on Defendant Melvin Taylor's Renewed Motion for a Lower Sentence Under 3582(c)(2) [ECF No. 689], filed pro se on March 23, 2018. In September 2015 the Defendant received a 2-point reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines. The Court reduced the Defendant's sentence from 188 months to 151 months. The Defendant is not satisfied with that reduction, and asks that the Court further reduce his sentence to 121 months, which represents the low end of his amended Guideline range.

This is the Defendant's second attempt to do what no Rule or statute allows. The Seventh Circuit has held that defendants "are not entitled to more than one opportunity to request a lower sentence, for any given change in the Guideline range" *United States v. Redd*, 630 F.3d 649, 651 (7th Cir. 2011) ("Once the district judge makes a decision, Rule 35 applies and curtails any further power of revision, unless the Commission again changes the Guidelines and makes that change, too, retroactive."). "In other words, prisoners have only one bite at the apple per retroactive amendment to the sentencing guidelines." *Beard*, 745 F.3d 288, 292 (7th Cir. 2014) (citing *United States v. Goodwyn*, 596 F.3d 233, 235–36 (4th Cir. 2010)).

However, the limit of one motion per amendment is not jurisdictional, *id.* at 291, and can be waived if the Government does not raise it, *see Eberhart v. United States*, 546 U.S. 12, 19

(2005). The Government has raised the limitation (*see* Resp., ECF No. 692; *see also* Resp., ECF No. 680), so the Court will adhere to the Seventh Circuit's precedence allowing only one sentence-reduction motion per retroactive change to the Guidelines.

**CONCLUSION**

For the reasons stated above, the Court DENIES the Defendant's Renewed Motion for a Lower Sentence Under 3582(c)(2) [ECF No. 689].

SO ORDERED on May 16, 2018.

 s/ Theresa L. Springmann
CHIEF JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT